UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — x

EMELINE BARD-HOBBS, on behalf of herself and          Case No. 25-CV-00713
others similarly situated,

                                                **DISMISSAL WITH**
                Plaintiff,                         **PREJUDICE F.R. CIV. P. 41**

                -against-

STACKS ESPRESSO LLC, TYLER WRIGHTSON,
AND SUE DUNCKEL,

                Defendants.

— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — x

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record, that no party hereto is an infant or incompetent, and that the above-captioned action is hereby dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements to any party; however, if Defendants fail to make timely payment under the Settlement Agreement and Release, Plaintiffs shall be entitled to vacate this Dismissal and restore the action to active status within 45 days after the failure to make timely payment; and

      **IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts, and facsimile or electronic signatures shall have the same force and effect as an original.

Dated:   December 22   , 2025

HARDING MAZZOTTI, LLP                FARRELL FRITZ, P.C.

By: _Kelly A. Magnuson_                By:  _/s/ Irene A. Zoupaniotis_
Kelly A. Magnuson                      Irene A. Zoupaniotis
*Attorneys for Plaintiffs*             *Attorneys for Defendants*
1 Wall Street                          400 RXR Plaza
Albany, New York 12205            Uniondale, New York 11556

                                             **SO ORDERED:**

                                           _____

                                           **Dated:_____, 2025**
                                           **_____, New York**