UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

EMELINE BARD-HOBBS, on behalf of herself and
others similarly situated,

                 Plaintiff,

    v.

STACKS ESPRESSO LLC, TYLER WRIGHTSON,
and SUE DUNCKEL,

                 Defendants.

Civil Action No. 1:25-cv-00713
(LEK)/(TWD)

---

## **PROPOSED ORDER**

It is hereby **ORDERED** that the parties' settlement agreement is approved as fair and

reasonable.


Dated: _____


**SO ORDERED:**    _____
                    Hon. Lawrence E. Kahn
                    Senior United States District Judge